**In re Mark Stephen CARRON, Petitioner.**

No. 13–1496.

United States Court of Appeals, Fourth Circuit.

Submitted: July 16, 2013.

Decided: July 24, 2013.

Mark Stephen Carron, Petitioner Pro Se.

Before AGEE and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Stephen Carron petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for issuance of an amended judgment in his criminal case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court issued the amended judgment on June 6, 2013. Accordingly, because the district court has recently granted Carron's request, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*